FLN (Rev. 4/2004) Deficiency Order  Page 1 of 1
3:03cr127LAC - UNITED STATES OF AMERICA vs. ROBERT PETTWAY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                    Case No.3:03cr127LAC

ROBERT PETTWAY

_____

## ORDER

Your document, **LETTER RE EXTENSION OF TIME ON MY C.O.A.**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    Your document is not properly captioned for this court. Every paper you file must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 30th day of October, 2006.

                                        *s/L.A. Collier*_____
                                        LACEY A. COLLIER
                                        SENIOR UNITED STATES DISTRICT JUDGE